UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAT CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOA VENTURES, LLC, ROBERTS S. BELL, INDYMAC BANK, F.S.B., and DOES 1 through 30, <br><br> Defendants. | Case No. 2:08-CV-02425-JAM-DAD <br><br> **ORDER PURSUANT TO STIPULATION TO DISMISS DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B. AND TO REMAND ACTION TO STATE COURT** |

Pursuant to the stipulation between the parties hereto, and good cause appearing there from, it is hereby ordered as follows:

1. Defendant Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. is hereby dismissed, without prejudice.

1

Case No. 2:08-CV-02425-JAM-DAD
[PROPOSED] ORDER DISMISSING FDIC AND REMANDING TO STATE COURT

PDF created with pdfFactory trial version www.pdffactory.com

2. This action shall be remanded to the Superior Court of the State of California for the County of Sacramento.

IT IS SO ORDERED.

DATED: 11/14/2008         /s/ John A. Mendez
                                         U.S. District Court Judge

201022829.1

PDF created with pdfFactory trial version www.pdffactory.com